**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern         District of Texas
                          (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

Ascend Elements, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

Battery Resourcers, Inc.

3. **Debtor's federal Employer Identification Number** (EIN)

82 – 2222893

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 133 Flanders Road<br>Number    Street | <br>Number    Street |
| | <br>P.O. Box |
| Westborough    MA    01581<br>City    State    ZIP Code | <br>City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Worcester<br>County | 9176 Industrial Drive NE<br>Number    Street |
| | <br>Covington, GA 30014<br>City    State    ZIP Code |

5. **Debtor's website** (URL)    https://ascendelements.com/

Debtor  __Ascend Elements, Inc._____  Case number (*if known*)_____
         <sub>Name</sub>

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3  3  5  9

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

        District _____  When _____  Case number _____
                                              MM / DD / YYYY

---

Debtor  Ascend Elements, Inc. _____  Case number (*if known*)_____
      Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  Ascend Elements US, LLC. _____  Relationship  Affiliate _____

District  Southern District Texas _____  When  04/09/2026 ____
                                  MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
_____
_____

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor **Ascend Elements, Inc.**
Name

Case number (*if known*)_____

| | | |
|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☒ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/09/2026
MM  / DD / YYYY

✘ /s/ Linh Austin
Signature of authorized representative of debtor

Linh Austin
Printed name

Title President and Chief Executive Officer

**18. Signature of attorney**

✘ /s/ Ryan Manns
Signature of attorney for debtor

Date  04/09/2026
MM    / DD / YYYY

Ryan E. Manns
Printed name

Norton Rose Fulbright US LLP
Firm name

550 Lamar Street, Suite 2000,
Number        Street

Houston,
City

TX
State

77010
ZIP Code

(713) 651-5151
Contact phone

ryan.manns@nortonrosefulbright.com
Email address

24041391
Bar number

TX
State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ASCEND ELEMENTS, INC., | ) Case No. 26- |
| Debtors. | ) (Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS**

Ascend Elements, Inc. ("Debtor"), pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, attaches hereto as **Exhibit A** a list of the Debtor's equity security holders, including holders of each class and showing the number and kind of interests registered in the name of each holder and the last known address or place of business of each holder.

**Exhibit A**

**Ascend Elements, Inc.**
**List of Equity Holders**

### List of Equity Holders

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| JC BLUEGRASS (INVEST) SCSP 8, RUE LOU HEMMER, L 1748 SENNINGERBERG, GRAND DUCHY OF LUXEMBOURG, LUXEMBOURG | Common | 10.5% |
| PROJECT ARISE – DECARBONIZATION PARTNERS I SPV B, LP C/O BLACKROCK FINANCIAL MANAGEMENT, INC. - DECARBONIZATION PARTNERS GROUP, ATTN: SCOTT HIMMELBERGER, 40 EAST 52ND STREET NEW YORK, NY 10022 UNITED STATES | Common | 9.4% |
| DAHLIA INVESTMENTS PTE. LTD. ATTN: ANUJ KEDIA AND KYUNG HAN (COLIN) KIM THE ATRIUM @ ORCHARD, 60B ORCHARD ROAD 238891 SINGAPORE | Common | 8.8% |
| ASCENDING GREEN ENERGY LIMITED KANG-NAM, GAENARI 101-703, , SEOUL,  06213 REPUBLIC OF KOREA | Common | 5.9% |
| EAGLE BLUE ENERGY LTD. AL MARAFAH ST 1383 AL HAIL SOUTH, MUSCAT GOVERNORATE, 143 OMAN | Common | 5.2% |
| ALL OTHER COMMON STOCK EQUITY HOLDERS | Common | 60.1% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ASCEND ELEMENTS, INC., | ) Case No. 26- |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO BANKRUPTCY RULES**
**1007(A) AND 7007.1**

Ascend Elements, Inc. ("Debtor"), in support of this Corporate Ownership Statement pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, states that the following entities own 10% or more of any class of the Debtor's equity interests:

| Entity | Percentage of Outstanding Shares |
|---|---|
| JC Bluegrass (Invest) SCSp | 10.5% |

Debtor ____Ascend Elements, Inc., et al._____    Case number (if known)_____

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td colspan="2">Debtor name:  Ascend Elements, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Southern District of Texas</td></tr>
<tr><td colspan="2">Case number (If known): _____</td></tr>
</table>

☐  Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts,  bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TURNER-KOKOSING JOINT VENTURE C/O WINSTON & STRAWN 800 CAPITOL STREET SUITE 2400 HOUSTON, TX  77002 UNITED STATES | LAURENS WILKES GENERAL COUNSEL EMAIL - JWILKES@WINSTON.COM PHONE - 713-651-2642 FAX - 713-651-2700 | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $          138,418,735.00 | UNDETERMINED | UNDETERMINED |
| 2 | ALTER DOMUS (US), LLC AS COLLATERAL AGENT FOR THE INVESTORS 225 WEST WASHINGTON ST., 9TH FLOOR CHICAGO, IL  60606 UNITED STATES | CHARLOTTE HOGG CHIEF EXECUTIVE OFFICER EMAIL - CHARLOTTE.HOGG@ALTERDOMUS.COM PHONE - +3524818281 FAX - N/A | JUNIOR SECURED CONVERTIBLE LOAN NOTES | CONTINGENT, UNLIQUIDATED | $           83,809,771.80 | UNDETERMINED | UNDETERMINED |
| 3 | RMF NOOTER 915 MATZINGER ROAD TOLEDO, OH  43612 UNITED STATES | MATT PETRIZZO PRESIDENT EMAIL - MPETRIZZO@CICGROUP.COM PHONE - 419-727-1970 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $           39,850,480.17 | UNDETERMINED | UNDETERMINED |
| 4 | MURPHY COMPANY MECHANICAL CONTRACTORS AND ENGINEERS 1233 NORTH PRICE ROAD SAINT LOUIS, MO  63132-2303 UNITED STATES | PAT MURPHY JR. PRESIDENT & CHIEF EXECUTIVE OFFICER EMAIL - PMURPHY@MURPHYNET.COM PHONE - 219-277-7571 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $           28,262,129.65 | UNDETERMINED | UNDETERMINED |
| 5 | ALTER DOMUS (US), LLC AS COLLATERAL AGENT FOR THE INVESTORS 225 WEST WASHINGTON ST., 9TH FLOOR CHICAGO, IL  60606 UNITED STATES | CHARLOTTE HOGG CHIEF EXECUTIVE OFFICER EMAIL - CHARLOTTE.HOGG@ALTERDOMUS.COM PHONE - +3524818281 FAX - N/A | SENIOR SECURED CONVERTIBLE LOAN NOTES | CONTINGENT, UNLIQUIDATED | $           20,000,000.00 | UNDETERMINED | UNDETERMINED |
| 6 | UNITED ELECTRIC COMPANY, INC. C/O COHEN SEGLIAS ATTN: LORI WISNIEWSKI AZZARA 525 WILLIAM PENN PLACE PITTSBURGH, PA  15219 UNITED STATES | JOE HEGER CHIEF OPERATING OFFICER EMAIL - JOEHEGER@UNITEDELEC.COM PHONE - 502-639-0821 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $           18,749,075.25 | UNDETERMINED | UNDETERMINED |
| 7 | GOLDMAN SACHS & CO LLC 200 WEST STREET NEW YORK, NY  10282 UNITED STATES | KATHRYN RUEMMLER GENERAL COUNSEL EMAIL - KATHRYN.RUEMMLER@GS.COM PHONE - +1-212-902-0300 FAX - N/A | TRADE PAYABLE | | | | $          15,973,817.38 |
| 8 | AMCON INDUSTRIAL 1375 OAKLEY INDUSTRIAL BOULEVARD FAIRBURN, GA  30213 UNITED STATES | AARON PHILLIPS CHIEF EXECUTIVE OFFICER EMAIL - AARON@AMCONINDUSTRIAL.COM PHONE - 770-251-4710 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $            6,232,621.09 | UNDETERMINED | UNDETERMINED |
| 9 | STEELFAB, INC. 3025 WESTPORT ROAD CHARLOTTE, NC  28208 UNITED STATES | GLENN SHERRILL CHAIRMAN & CHIEF EXECUTIVE OFFICER EMAIL - GSHERRILL@STEELFAB-INC.COM PHONE - 704-394-5376 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $            5,200,931.35 | UNDETERMINED | UNDETERMINED |
| 10 | LAIBE ELECTRIC CO. 26440 SOUTHPOINT ROAD PERRYSBURG, OH  43551 UNITED STATES | MICHAEL DEATON PRESIDENT EMAIL - MIKEDEATON@LAIBE.COM PHONE - 419-346-1690 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $            2,309,752.84 | UNDETERMINED | UNDETERMINED |
| 11 | FE MORAN INC FIRE PROTECTION 3001 RESEARCH RD. SUITE A CHAMPAIGN, IL  61822 UNITED STATES | BRIAN MORAN CHIEF EXECUTIVE OFFICER EMAIL - BRIAN.MORAN@FEMORAN.COM PHONE - 847-441-8614 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $            1,858,918.40 | UNDETERMINED | UNDETERMINED |
| 12 | SUZHOU BOTREE CYCLING SCI AND TECH CO., LTD. ROOM 202, BUILDING 10, NO 99 JINJIHU AVE SUZHOU,  215128 CHINA | XIAO LIN CHIEF EXECUTIVE OFFICER EMAIL - XWANG@BOTREE.TECH PHONE - +86 0512-82677655 FAX - N/A | TRADE PAYABLE | | | | $           1,746,300.00 |

Debtor ___Ascend Elements, Inc., et al.___ Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | FOUNDATION STEEL LLC 12525 AIRPORT HWY SWANTON, OH 43558 UNITED STATES | CHARLOTTE DYMARKOWSKI PRESIDENT & CHIEF EXECUTIVE OFFICER EMAIL - CHARLOTTE@FOUNDATIONSTEEL.COM PHONE - 419-583-9591 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 1,589,202.38 | UNDETERMINED | UNDETERMINED |
| 14 | LENTS ENTERPRISES INC. C/O KEULER, KELLY, HUTCHINS, BLANKENSHIP & SIGLER, LLP 100 SOUTH 4TH STREET SUITE 400 PADUCAH, KY 42001 UNITED STATES | TOMMY BAKER CHIEF FINANCIAL OFFICER EMAIL - TOMMY.BAKER@LENTSCRANE.COM PHONE - 270-703-8283 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 1,556,093.82 | UNDETERMINED | UNDETERMINED |
| 15 | ERNST & YOUNG US LLP 200 PLAZA DRIVE SECAUCUS, NJ 07094 UNITED STATES | MICHAEL SOLENDER GENERAL COUNSEL EMAIL - MICHAEL.SOLENDER@EY.COM PHONE - 347-276-3172 FAX - N/A | TRADE PAYABLE | | | | $ 1,445,023.24 |
| 16 | BEN HUR CONSTRUCTION COMPANY 828 LANE ALLEN ROAD. SUITE 219 LEXINGTON, KY 40504 UNITED STATES | CRAIG FESLER PRESIDENT & CHIEF EXECUTIVE OFFICER EMAIL - CFESLER@BENHURCONSTRUCTION.COM PHONE - 314-974-5893 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 1,277,081.00 | UNDETERMINED | UNDETERMINED |
| 17 | ENDRESS & HAUSER INC DEPT 78795 PO BOX 78000 DETROIT, MI 48278 UNITED STATES | PETER SELDERS CHIEF EXECUTIVE OFFICER EMAIL - PETER.SELDERS@ENDRESS.COM PHONE - +41 61 715 7700 FAX - N/A | TRADE PAYABLE | | | | $ 1,230,821.66 |
| 18 | URT EURO AM HAMMERSTEIG 5A KARLSTADT, 97753 GERMANY | FLORIAN HEßLER CHIEF EXECUTIVE OFFICER EMAIL - F.HESSLER@URT-RECYCLING.DE PHONE - +49 9353 9068-0 FAX - +49 9353 9068-68 | TRADE PAYABLE | | | | $ 1,160,000.00 |
| 19 | R L CRAIG COMPANY INC. 3630 CAIRO ROAD PADUCAH, KY 42001 UNITED STATES | D.L. TRENTHAM CHIEF EXECUTIVE OFFICER EMAIL - DTRENTHAM@RLCRAIGCO.COM PHONE - 502-244-1600 FAX - N/A | CONSTRUCTION CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | | | $ 1,136,815.54 |
| 20 | ALBERICI CONSTRUCTORS, INC. 8800 PAVE AVE. ST LOUIS, MO 63114 UNITED STATES | FRED BIERMANN PRESIDENT EMAIL - FBIERMANN@ALBERICI.COM PHONE - 636-296-2012 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 1,108,158.00 | UNDETERMINED | UNDETERMINED |
| 21 | BISTATE INSULATION INC. 4517 RIDGEWOOD AVENUE ST. LOUIS, MO 63116 UNITED STATES | JOSEPH BUCHHEIT PRESIDENT EMAIL - JOEB@BISTATEINSULATION.COM PHONE - 314-267-3855 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 1,056,698.24 | UNDETERMINED | UNDETERMINED |
| 22 | C H GARMONG 3050 POPLAR STREET TERRE HAUTE, IN 47803 UNITED STATES | DAVID HANNUM CHAIRMAN & CHIEF EXECUTIVE OFFICER EMAIL - DHANNUM@GARMONG.NET PHONE - 812-234-4633 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 1,045,364.99 | UNDETERMINED | UNDETERMINED |
| 23 | ROLLING PLAINS CONSTRUCTION, INC. 5136 S DESERT VIEW DR APACHE JUNCTION, AZ 85120 UNITED STATES | CHRISTY WEADON CHIEF FINANCIAL OFFICER EMAIL - CHRISTY@ROLLINGPLAINS.COM PHONE - 303-921-1550 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 991,976.31 | UNDETERMINED | UNDETERMINED |
| 24 | PREFERRED TANK & TOWER MAINTENANCE DIVISION INC. 2202 HWY 41N UNIT E BOX 123 HENDERSON, KY 42420 UNITED STATES | KAREN JOHNSTON PRESIDENT EMAIL - KJOHNSTON@PMDTANK.COM PHONE - 270-860-9495 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 964,740.52 | UNDETERMINED | UNDETERMINED |
| 25 | VALLEY INTERIOR SYSTEMS 813 MADISON INDUSTRIAL DRIVE NASHVILLE, TN 37115 UNITED STATES | TROY VANCE CHIEF EXECUTIVE OFFICER EMAIL - TVANCE@VALLEYINTERIORSYSTEMS.COM PHONE - 419-819-9211 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 861,899.19 | UNDETERMINED | UNDETERMINED |
| 26 | CEI MICHIGAN 7750 E. M-36 WHITMORE LAKE, MI 48189 UNITED STATES | ERIC COOK PRESIDENT EMAIL - ECOOK@CEIGROUPLLC.COM PHONE - 517-548-0039 FAX - N/A | LIEN CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | $ 819,791.87 | UNDETERMINED | UNDETERMINED |

Debtor    Ascend Elements, Inc., et al.            Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — if the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | H2O INNOVATION USA INC<br>8900 109TH AVE N<br>CHAMPLIN, MN  55316<br>UNITED STATES | FRÉDÉRIC DUGRÉ<br>PRESIDENT & CHIEF EXECUTIVE OFFICER<br>EMAIL - FREDERIC.DUGRE@H2OINNOVATION.COM<br>PHONE - 418-688-0170<br>FAX - N/A | TRADE PAYABLE | | | | $        696,647.62 |
| 28 | 78 BARNUM ROAD LLC<br>C/O MOUNTAIN STATES LAW GROUP<br>WHEELHOUSE AT BRADFORD MILL<br>33 BRADFORD STREET<br>CONCORD, MA  01742<br>UNITED STATES | ROBERT N. MELTZER<br>GENERAL COUNSEL<br>EMAIL - R.MELTZER@MOUNTAINSTATESLAWGROUP.COM<br>PHONE - 978-254-6289<br>FAX - N/A | LITIGATION | CONTINGENT, UNLIQUIDATED, DISPUTED | | | UNDETERMINED |
| 29 | KING 39 JACKSON LLC<br>C/O KING STREET PROPERTIES<br>800 BOYLSTON STREET<br>SUITE 2400<br>BOSTON, MA  02199<br>UNITED STATES | STEPHEN D. LYNCH<br>PRINCIPAL<br>EMAIL - SLYNCH@KS-PROP.COM<br>PHONE - N/A<br>FAX - N/A | LITIGATION CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | | | UNDETERMINED |
| 30 | POWERTECH WATER, INC. DBA ELECTRAMET<br>140 TRADE ST.<br>LEXINGTON, KY  40511<br>UNITED STATES | KEITH JACOBS<br>CHIEF EXECUTIVE OFFICER<br>EMAIL - KEITH.JACOBS@POWERTECHWATER.COM<br>PHONE - 513-503-6347<br>FAX - N/A | TRADE PAYABLE | CONTINGENT, UNLIQUIDATED, DISPUTED | | | UNDETERMINED |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Ascend Elements, Inc._____

United States Bankruptcy Court for the: __Southern_____ District of __Texas_____
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration___List of Equity Security Holders and Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/09/2026__       ✖ _/s/ Linh Austin_____
          MM / DD / YYYY               Signature of individual signing on behalf of debtor

                          _Linh Austin_____
                          Printed name

                          _President and Chief Executive Officer_____
                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**OMNIBUS RESOLUTIONS**
**OF**
**THE BOARD OF DIRECTORS OF ASCEND ELEMENTS, INC.**
**AND**
**SOLE MEMBER OF ASCEND ELEMENTS US, LLC**

DATE: APRIL 9, 2026

The Board of Directors (the "**Board**") of ASCEND ELEMENTS, INC., a Delaware corporation, ("**Ascend**"), acting on behalf of the Company and in its capacity as the sole member of ASCEND ELEMENTS US, LLC, a Texas limited liability company ("**Ascend Elements US**" and together with Ascend, the "**Companies**"), held a duly noticed meeting on April 9, 2026, at which a quorum was present. After due discussion and consideration, the Board adopted the following resolutions:

WHEREAS, the Board has had the opportunity to fully consider the financial situation of the Companies and the alternatives available to the Companies; and

WHEREAS, in the business judgment of the Board, it is in the best interests of the Companies, its creditors, and other parties in interest that a petition be filed on behalf of the Companies seeking relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**").

NOW, THEREFORE, it is:

RESOLVED, that each of the Companies be, and hereby is authorized to, execute and file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Bankruptcy Case**") or such other venue as the Board may designate;

RESOLVED, that the following person be designated as Designated Officer of the Companies for the purposes of prosecuting the Bankruptcy Case on behalf of the Companies: Linh Austin (the "**Designated Officer**");

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered to execute and file on behalf of the Companies a Petition For Relief under Chapter 11 of Title 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division;

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered, on behalf of the Companies, to employ, and pay any appropriate retainers or compensation to, the law firm of Norton Rose Fulbright US LLP to represent the Companies as legal counsel to the debtor-in-possession in the prosecution of the Bankruptcy Case, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, that with respect to any ongoing pending litigation in which the Companies are a party, the Designated Officer is hereby authorized, directed, and empowered, on behalf of the Companies, to employ, and pay any appropriate retainers or compensation to, the legal

counsel currently representing the Companies as legal counsel in such ongoing pending litigation, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered, on behalf of the Companies, to employ, and pay any appropriate retainers or compensation to, any other professionals, including attorneys Norton Rose Fulbright US LLP, Alvarez & Marsal North America, LLC as financial advisor, Jeffries Financial Group Inc. as investment banker, noticing agent Kurtzman Carson Consultants, LLC d/b/a Verita Global, to represent the Companies as debtor-in-possession to assist in the business and administration of the Companies in the prosecution of the Bankruptcy Case, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, each Company, as debtor-in-possession in the Bankruptcy Case, is hereby authorized to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by a Designated Officer, including the grant of replacement liens or other adequate protection, as is reasonably necessary for the continuing conduct of the business and administration of such Company, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, each Company, as debtor-in-possession in the Bankruptcy Case, is hereby authorized to enter into secured facilities, including post-petition debtor in possession financing, in such amounts and on such terms as may be agreed by a Designated Officer, including the granting of liens and other consideration, as is reasonably necessary for the continuing conduct of the business and administration of such Company, subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered to market the assets of the Companies for the possible sale of the Companies' assets in connection with the Bankruptcy Case, provided that any decision on the sale of such assets is reserved to the Board or such independent director or independent committee as the Board shall designate and authorize and subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case;

RESOLVED, that the Designated Officer is hereby authorized, directed, and empowered to formulate a Chapter 11 plan of reorganization for the Companies in connection with the Bankruptcy Case, or, alternatively, to seek dismissal of the Bankruptcy Case or conversion of the Bankruptcy Case to a case under Chapter 7, provided that any decision on approval of such plan, dismissal, or conversion is reserved to the Board or such independent director as the Board shall designate and authorize and subject to any necessary approvals by the bankruptcy court in the Bankruptcy Case; and

RESOLVED, that Designated Officer is hereby authorized, directed, and empowered to take all other actions, and to execute and file such documents (including, without limitation, schedules, lists, motions, and adversary proceedings) on behalf of the Companies as may be reasonably necessary or appropriate for the prosecution of the Bankruptcy Case, subject to any necessary approvals by the Board or the bankruptcy court in the Bankruptcy Case.