**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **ASCEND ELEMENTS, INC., et al.,** | § | **Case No. 26-90440 (ARP)** |
|  | § |  |
|  | § | **(Jointly Administered Requested)** |
| **Debtors.**[1] | § |  |
|  | § |  |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for certain of the holders (collectively, the "**Certain CLN Holders**") of (i) senior secured convertible notes issued pursuant to the *Secured Convertible Notes and Warrant Purchase Agreement* dated as of December 22, 2025, by and between Ascend Elements, Inc. and the investors time to time party thereto and (ii) convertible loan notes issued pursuant to the *Subordinated Secured Convertible Note and Warrant Purchase Agreement*, dated as of June 13, 2025, by and between Ascend Elements, Inc. and the investors time to time party thereto in the cases of the above-captioned debtors and debtors-in-possession (the "**Debtors**") pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Certain CLN Holders request that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ascend Elements, Inc. (2893) and Ascend Elements US, LLC (8309).  The location of the Debtors' service address is: 133 Flanders Road, Westborough, MA 01581.

**WEIL, GOTSHAL & MANGES LLP**
Stephanie N. Morrison (24126930)
Emma Wheeler (24145695)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
 Email:  Stephanie.Morrison@weil.com
         Emma.Wheeler@weil.com

**WEIL, GOTSHAL & MANGES LLP**
Sunny Singh
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Sunny.Singh@weil.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

Dated:  April 9, 2026
       Houston, Texas

                              */s/   Stephanie N. Morrison*
                              WEIL, GOTSHAL & MANGES LLP
                              Stephanie N. Morrison (24126930)
                              Emma Wheeler (24145695)
                              700 Louisiana Street, Suite 3700
                              Houston, Texas 77002
                              Telephone:  (713) 546-5000
                              Facsimile:  (713) 224-9511
                              Email:  Stephanie.Morrison@weil.com
                                         Emma.Wheeler@weil.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Sunny Singh (*pro hac vice* pending)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:   (212) 310-8007
                              Email:  Sunny.Singh@weil.com

                              *Attorneys for Certain CLN Holders*

**<u>Certificate of Service</u>**

I hereby certify that, on April 9, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Stephanie N. Morrison*
Stephanie N. Morrison