**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ASCEND ELEMENTS, INC., *et al.*,[1] | ) Case No. 26-90440 (CML) |
| Debtors. | ) (Joint Administration Requested) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR APRIL 10, 2026**
**EMERGENCY FIRST-DAY HEARING**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this witness and exhibit list in connection with the *virtual hearing* to be held on **April 10, 2026 at**

**2:00 p.m. (prevailing Central Time)** (the "Hearing") before the Honorable Judge Christopher M.

Lopez, United States Bankruptcy Judge, Courtroom 402, 515 Rusk Street, Houston, Texas 77002.

**WITNESSES:**

1. Linh Austin, President and Chief Executive Officer, Ascend Elements, Inc., and Chief Executive Officer of Ascend Elements, US, LLC (live or by declaration);

2. Adam Titus, Chief Restructuring Officer of the Debtors and Senior Director at Alvarez & Marsal North America, LLC (live or by declaration);

3. Evan Gershbein, Vice President of Corporate Restructuring at Kurtzman Carson Consultants, LLC d/b/a Verita Global (live or by declaration);

Judge: Honorable Judge Christopher M. Lopez
Courtroom Deputy: Yesenia Lila
Hearing Date: April 10, 2026
Hearing Time: 2:00 p.m. (prevailing Central Time)
Party's Name: Debtors
Attorneys' Names: Ryan Manns
Jason Blanchard
Michael Berthiaume
Maria Mokrzycka
John Conover

Attorney's Phone: (713) 651-5151
(212) 468-8000

Nature of Proceeding: Hearing on Emergency First Day Motions

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ascend Elements, Inc. (2893) and Ascend Elements US, LLC (8309).  The location of the Debtors' service address is: 133 Flanders Road, Westborough, MA 01581.

4. Any witnesses listed or called by any other party;

5. Any witness necessary to authenticate a document;

6. Any witnesses necessary to establish that notice of the Hearing has been provided; and

7. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other party.

## EXHIBITS

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| 1. | Declaration of Linh Austin in Support of the Debtors' Chapter 11 Petitions and Emergency First-Day Motions [Dkt. No. 11] | | | | |
| 2. | Declaration of Adam Titus in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection for the Use of Cash Collateral, (III) Scheduling a Final Hearing, and (VI) Granting Related Relief [Dkt. No. 19] | | | | |
| 3. | Cash Management System Schematic, attached as Exhibit A to the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Dkt. No. 7-1] | | | | |
| 4. | Bank Accounts List,  attached as Exhibit B to the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Existing Cash Management System; (B) Maintain Their Existing Bank Accounts; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Dkt. No. 7-2] | | | | |
| 5. | Engagement Letter of Kurtzman Carson Consultants, LLC d/b/a Verita Global, attached as Exhibit A to the Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC dba Verita Global As Claims, Noticing, and Solicitation Agent [Dkt. No. 4-1] | | | | |
| 6. | Declaration of Evan Gershbein, attached as Exhibit B to the Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC dba Verita Global As Claims, Noticing, and Solicitation Agent [Dkt. No. 4-2] | | | | |
| 7. | Notice of Commencement of Chapter 11 Cases, attached as Exhibit 1 to the Proposed Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors; (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information; (III) Approving the Form and Manner of Notice of Commencement; and (IV) Granting Related Relief [Dkt. No. 5-1] | | | | |
| 8. | Utility Services List, attached as Exhibit A to the Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving Adequate Assurance Procedures, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Dkt. No. 15-1] | | | | |
| 9. | Taxing and Regulatory Authority List, attached as Exhibit A to the Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief [Dkt. No. 17-1] | | | | |
| 10. | Schedule of Insurance Policies, attached as Exhibit A to the Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter Into New Insurance Policies, Surety Bonds, and Letters of Credit, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, and (D) Enter Into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Dkt. No. 10-1] | | | | |
| 11. | Insurance Premium Financing Agreements, attached as Exhibit B to the Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter Into New Insurance Policies, Surety Bonds, and Letters of Credit, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, and (D) Enter Into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Dkt. No. 10-2] | | | | |
| 12. | Surety Bond Program, attached as Exhibit C to the Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter Into New Insurance Policies, Surety Bonds, and Letters of Credit, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, and (D) Enter Into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Dkt. No. 10-3] | | | | |
| 13. | Letters of Credit, attached as Exhibit D to the Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter Into New Insurance Policies, Surety Bonds, and Letters of Credit, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, and (D) Enter Into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Dkt. No. 10-4] | | | | |
| 14. | Trade Agreement, attached as Exhibit A to the Debtors' Emergency Motion for Entry of an Interim Order (I) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Dkt. No. 16-1] | | | | |
| 15. | Procedures for Transfer of Stock, attached as Exhibit 1 to the Proposed Interim Order Establishing Notification Procedures and Approving Restriction on Certain Transfer of Interests in the Debtors' Estates [Dkt. No. 9] | | | | |
| 16. | Proposed Substantial Equity Holder Notice, attached as Exhibit 2 to the Proposed Interim Order Establishing Notification Procedures and Approving Restriction on Certain Transfer of Interests in the Debtors' Estates [Dkt. No. 9-1] | | | | |
| 17. | Proposed Notice of Intent to Purchase, Acquire, or Otherwise Obtain Tax Ownership of Stock, attached as Exhibit 3 to the Proposed Interim Order Establishing Notification Procedures and Approving Restriction on Certain Transfer of Interests in the Debtors' Estates [Dkt. No. 9-1] | | | | |
| 18. | Proposed Notice of Intent to Sell, Exchange, or Otherwise Dispose of Tax Ownership of Stock, attached as Exhibit 4 to the Proposed Interim Order Establishing Notification Procedures and Approving Restriction on Certain Transfer of Interests in the Debtors' Estates [Dkt. No. 9-1] | | | | |
| 19. | Notice of Interim Order, attached as Exhibit 5 to the Proposed Interim Order Establishing Notification Procedures and Approving Restriction on Certain Transfer of Interests in the Debtors' Estates [Dkt. No. 9-1] | | | | |
| 20. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy cases. | | | | |
| 21. | Any exhibit introduced by any other party. | | | | |
| 22. | Rebuttal or impeachment exhibits as necessary. | | | | |

5

## **RESERVATION OF RIGHTS**

The Debtors reserve their right to: (i) amend, supplement, or remove any witnesses and/or exhibits prior to the Hearing; (ii) use additional exhibits for the purposes of rebuttal or impeachment and further supplement the foregoing witness and exhibit list as appropriate; (iii) use any exhibits presented by any other party; and (iv) ask the Court to take judicial notice of any document.

[*Remainder of Page Intentionally Left Blank.*]

Dated:   April 10, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan Manns*
Ryan Manns (SBT 24041391)
Maria Mokrzycka (SBT 24119994)
1550 Lamar, Suite 2000
Houston, TX 77010
Tel: (713) 651-5151
Email: ryan.manns@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

-and-

Jason I. Blanchard (SBT 24130197)
Michael Berthiaume (SBT 24066039)
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 855-8210
Email: jason.blanchard@nortonrosefulbright.com
Email: michael.berthiaume@nortonrosefulbright.com

*Proposed Counsel to the Debtors and Debtors in Possession*

### Certificate of Service

I certify that on April 10, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. Additionally, the foregoing document will be served as set forth in a forthcoming affidavit filed by the Debtors' proposed claims agent.

*/s/ Ryan Manns*
Ryan Manns

7