**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ASCEND ELEMENTS, INC., *et al.*,[1] | ) Case No. 26-90440 (CML) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL HEARING**
**ON APRIL 10, 2026 AT 2:00 PM (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this agenda of matters set for virtual hearing on April 10, 2026 at 2:00 p.m. (prevailing Central

Time) before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge,

Courtroom 402, 515 Rusk Street, Houston, Texas 77002:

**A.     Evidentiary Support for First Day Pleadings**

1.     ***First Day Declaration***.  Declaration of Linh Austin in Support of the Debtors'
Chapter 11 Petitions and First Day Motions  [Dkt. No. 11].

2.     ***Cash Collateral Declaration***.   Declaration of Adam Titus in Support of the
Debtors' Emergency Motion for Entry Of Interim and Final Orders (I) Authorizing
the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and
(B) Utilize Cash Collateral, (II) Granting (A) Priming Liens and Superpriority
Administrative Expense Claims and (B) Adequate Protection to the Prepetition
Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final
Hearing and (V) Granting Related Relief [Dkt. No. 19].

**B.     First Day Motions**

1.     ***Joint Administration Motion***.  Debtors' Emergency Motion for Entry of an Order
(I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related
Relief [Dkt. No. 2].

**Status**:  This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Ascend Elements, Inc. (2893) and Ascend Elements US, LLC (8309).  The location of the Debtors'
service address is: 133 Flanders Road, Westborough, MA 01581.

2.   ***Complex Case Designation.***   Notice of Designation as Complex Chapter 11 Bankruptcy Case [Dkt. No. 3].

   **Status:**  This matter is going forward.

3.   ***Kurtzman Carson Consultants, LLC d/b/a/ Verita Global Retention Application***. Debtors' <u>Emergency</u> *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC d/b/a/ Verita Global as Claims, Noticing, and Solicitation Agent [Dkt. No. 4].

   **Status:**  This matter is going forward.

4.   ***Creditor Matrix Motion***.  Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors; (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information; (III) Approving the Form and Manner of Notice of Commencement; and (IV) Granting Related Relief [Dkt. No. 5].

   **Status:**  This matter is going forward.

5.   ***Schedules Extension Motion***.  Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Extending Time to File Schedules and Statements and (II) Granting Related Relief [Dkt. No. 6].

   **Status:**  This matter is going forward.

6.   ***Wages Motion.***  Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, and Employee Benefits and (B) Continue the Postpetition Maintenance of Employee Benefit Programs, Policies, and Procedures in the Ordinary Course of Business, and (II) Granting Related Relief [Dkt. No. 14].

   **Status:**  This matter is going forward.

7.   ***Utilities Motion***.  Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving Adequate Assurance Procedures, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Dkt. No. 15].

   **Status**:  This matter is going forward.

8.   ***Insurance Motion***.   Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter

Into New Insurance Policies, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, and (D) Enter Into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Dkt. No. 10].

> **Status:**  This matter is going forward.

9.    ***Taxes Motion.***  Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Dkt. No. 17].

> **Status:** This matter is going forward.

10.    ***NOL Motion***. Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates [Dkt. No. 9]

11.    ***Critical Vendors Motion***.  Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Dkt. No. 16].

12.    ***Cash Management Motion***.  Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Existing Cash Management System; (B) Maintain Their Existing Bank Accounts; (C) Pay Related Prepetition Obligations; and (D) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Dkt. No. 7].

> **Status**: This matter is going forward.

13.    ***Cash Collateral Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection for the Use of Cash Collateral, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Dkt. No. 18]

**C.**    **Related Documents**

1.    Notice of Commencement of Chapter 11 Cases [Dkt. No. 5].

2.    Debtors' Witness and Exhibit List for April 10, 2026 Emergency First-Day Hearing [Dkt. No. 22].

3.    Amended Notice of Virtual Hearing on First Day Motions [Dkt. No. 23]

Houston, Texas
Dated: April 10, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan Manns*
Ryan Manns (SBT 24041391)
Maria Mokrzycka (SBT 24119994)
1550 Lamar, Suite 2000
Houston, TX 77010
Tel: (713) 651-5151
Email: ryan.manns@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

and

Jason I. Blanchard (SBT 24130197)
Michael Berthiaume (SBT 24066039)
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 855-8210
Email: jason.blanchard@nortonrosefulbright.com
Email: michael.berthiaume@nortonrosefulbright.com

***Proposed Counsel to the Debtors and Debtors in Possession***

4

## Certificate of Service

I certify that on April 10, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Ryan Manns
Ryan E. Manns