Electronic Appearance Sheet

Jasnoor Hundal, Brown Rudnick LLP
Client(s): non-case participant

Robert Lemons, Goodwin Procter
Client(s): Fifth Wall

Jason Brookner, Gray Reed
Client(s): Fifth Wall

Jessica  Liong, Brown Rudnick LLP
Client(s): non-case participan

Bryan  Garcia, Brown Rudnick LLP
Client(s): non-case participant

Stephanie N.  Morrison, Weil, Gotshal & Manges LLP
Client(s): Certain CLN Holders

Sunny Singh, Weil, Gotshal & Manges LLP
Client(s): Certain CLN Holders


Jason Blanchard, Norton Rose Fulbright
Client(s): Proposed Counsel to the Debtors

Jayson Ruff, UD DOJ
Client(s): US Trustee

Jiawei Lin, Baker McKenzie
Client(s): SKS Private Equity Co., Ltd.