UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 26-90440 (CML) |
|---|---|---|---|
| Debtor | In Re: | Ascend Elements, Inc. et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jonathan I. Levine<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Email: jonlevine@winston.com<br>New York Bar Number: 3962594 |
|---|---|

Seeks to appear as the attorney for this party:

| Turner-Kokosing Joint Venture | |
|---|---|
| Dated: 04/13/2026 | Signed: *s/ Jonathan I. Levine* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge