**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ASCEND ELEMENTS, INC., *et al.*[1] | Case No. 26-90440 (CML) |
| Debtors. | (Jointly Administered) |

**UNITED ELECTRIC COMPANY, INC.'S JOINDER TO RMF NOOTER, LLC'S AND
TURNER-KOKOSING JOINT VENTURE'S OBJECTIONS [DKT. NOS. 362 & 383]  TO
SALE OF DEBTORS' INTELLECTUAL PROPERTY AND POLISH ASSETS TO
NEWCO**

United Electric Company, Inc. ("United Electric") files this objection (the "Objection") to the Debtors' *Emergency Motion for Entry of Orders (I)(A) Approving Bid Procedures, (B) Authorizing Designation of a Stalking Horse Bidder, (C) Scheduling an Auction, Related Deadlines, and a Sale Hearing, and (D) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Contracts, and (C) Granting Related Relief* [Dkt. No. 50] and joinder to *Objection of RMF Nooter, LLC to Sale of Debtors' Intellectual Property and Polish Assets to Newco* [Dkt. No. 362] and *Turner-Kokosing Joint Venture's Statement and Objection to Debtors' Proposed Sale of Certain Assets* [Dkt. No. 383]*,* and in support thereof, shows the Court as follows:

**Limited Background**

1.      On April 9, 2026 ("Petition Date") the each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

---

[1] The Debtors in this Chapter 11 case, along with the last four digits of each Debtor's federal tax identification number, are: Ascend Elements, Inc. (2893) and Ascend Elements US, LLC (8309). The location of the Debtors' service address is: 133 Flanders Road, Westborough, MA 01581

50223383v.1

2.      On April 10, 2026, the Debtors' filed its Emergency Motion for Entry of Orders (I)(A) Approving Bid Procedures, (B) Authorizing Designation of a Stalking Horse Bidder, (C) Scheduling an Auction, Related Deadlines, and a Sale Hearing, and (D) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets, (B) Approving the Assumption and Assignment of Certain Contracts, and (C) Granting Related Relief ("Motion") [Docket No. 50].

3.      On May 20 and 21, 2026, respectively RMF Nooter, LLC and Turner-Kokosing Venture each filed an objection to the Motion [Docket Nos. 362 and 383, respectively] (jointly, the "Objections").

## Joinder and Reservation of Rights

4.      United Electric objects to the relief currently requested under the Motion - specifically, the sale of the Acquired Assets to Newco (as those terms are defined in the proposed sale Order at Dkt. No. 376), and United Electric joins in the Objections and all other objections, arguments and authorities, to the extent not inconsistent with its position.  United Electric reserves its rights to amend or supplement this joinder and/or make such other and further objection as necessary or appropriate, including, but not limited to, any proposed order in regard to the proposed bid procedures.

## Conclusion

United Electric requests that this Court sustain this joinder and grant such other and further relief as may be just and proposed under the circumstances.

50223383v.1

Dated: May 22, 2026

/s/ *Michael S. Held*
**JACKSON WALKER L.L.P.**
Michael S. Held (TX Bar No.
J. Machir Stull (TX Bar No.
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Email: mheld@jw.com
Email: mstull@jw.com


***Counsel to United Electric Company, Inc.***


## CERTIFICATE OF SERVICE

This is to certify that on May 22, 2026, I caused a true and correct copy of the foregoing to be served via the CM/ECF notification system for the Southern District of Texas.


/s/ *Michael S. Held*
Michael S. Held

50223383v.1