**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) )  Chapter 11 |
|  | ) |
| ASCEND ELEMENTS, INC. *et al.*,[1] | )  Case No. 26-90440 (CML) |
|  | ) |
| Debtors. | )  (Jointly Administered) |
|  | ) |

**NOTICE OF (I) DESIGNATION OF R3 LITHIUM, INC. AS SUCCESSFUL BIDDER
FOR THE DEBTORS' COVINGTON, GEORGIA ASSETS AND (II)
CANCELLATION OF AUCTION WITH RESPECT TO SUCH ASSETS**

PLEASE TAKE NOTICE that, on April 17, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order (A) Approving Bid Procedures, (B) Authorizing Designation of a Stalking Horse Bidder, (C) Scheduling an Auction, Related Deadlines, and a Sale Hearing, and (D) Granting Related Relief* [Docket No. 120] (the "Bid Procedures Order"),[2] authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to conduct a marketing and sale process, potentially including an auction (the "Auction"), to sell the Assets. The Court will held a hearing to consider approval of the sale of the Debtors' Covington, Georgia assets (the "Sale Hearing") on June [•], 2026.

PLEASE TAKE FURTHER NOTICE that, no Qualified Bids were received with respect to the Debtors' Covington, Georgia assets (the "Covington Assets") other than the bid submitted by R3 Lithium, Inc. Accordingly, the Debtors designate R3 Lithium, Inc. as the successful bidder with respect to the Covington Assets.

PLEASE TAKE FURTHER NOTICE that, as set forth in that certain *Asset Purchase Agreement*, dated as of June 19, 2026, by and between Ascend Elements, Inc., as seller, and R3 Lithium, Inc., as purchaser, attached hereto as **Exhibit A**, R3 Lithium, Inc. has proposed to acquire the Covington Assets in exchange for the assumption of the Assumed Liabilities and $3.0 million in cash, plus payment of Purchaser's Allocated Portion of Cure Costs, on the terms and subject to the conditions set forth therein (the "Covington Transaction").[3]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bid Procedures Order, the Debtors were authorized to suspend or cancel the Auction with respect to all or any portion of the Assets, including if the Debtors received insufficient Qualified Bids to warrant an Auction for such Assets. *See* Bid Procedures Order ¶¶ 11, 25. As set forth above, the Debtors

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ascend Elements, Inc. (2893) and Ascend Elements US, LLC (8309).  The location of the Debtors' service address is: 133 Flanders Road, Westborough, MA 01581.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order or the Bid Procedures as applicable.

[3]   Under the Asset Purchase Agreement, Purchaser is also required to pay Purchaser's Allocated Portion of Cure Costs in connection with the assumption and assignment of the Assigned Contracts.

did not receive any other Qualified Bid for the Covington Assets. **Accordingly, with respect to the Covington Assets, the Debtors have determined to cancel the Auction and no Auction will be held**.

PLEASE TAKE FURTHER NOTICE that, the Debtors will seek entry of the revised Proposed Covington Sale Order attached hereto as **Exhibit B**, or a version thereof, at the Sale Hearing, which will commence on June [•], 2026, before United States Bankruptcy Judge Christopher M. Lopez in Courtroom 402 of the United States Bankruptcy Court, 515 Rusk Street, Houston, Texas 77002.[4]

PLEASE TAKE FURTHER NOTICE that any objections to the proposed sale of the Debtors' Covington Assets, including (a) any objection to a sale of such assets free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and other interests pursuant to section 363(f) of the Bankruptcy Code and (b) entry of the Proposed Covington Sale Order, _must_: (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (iii) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (iv) be filed with the Court and served on the Objection Notice Parties so as to be _actually received_ no later than **June 23, 2026 at 5:00 p.m. (prevailing Central Time)** (the "Sale Objection Deadline"). The "Objection Notice Parties" are: (a) proposed counsel for the Debtors, Norton Rose Fulbright US LLP, 1550 Lamar Street, Suite 2000, Houston, Texas 77010, Attn: Ryan Manns, Jason Blanchard, and Maria Mokrzycka; (b) the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Ha Nguyen (Ha.Nguyen@usdoj.gov) and Vianey Garza (Vianey.Garza@usdoj.gov); (c) proposed counsel to the official committee of unsecured creditors, McDermott Will & Schulte, LLP, Attn: Charles R. Gibbs, 2801 Harwood Street, Suite 2600, Dallas, Texas 75201 and Kristin Going, One Vanderbilt Avenue, New York, New York 10017-3852.

---

[4]   The Debtors will schedule a sale hearing as soon as practicable and will file a notice of hearing once a date has been set.

Dated:   June 20, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan Manns*
Ryan Manns (SBT 24041391)
Maria Mokrzycka (SBT 24119994)
1550 Lamar, Suite 2000
Houston, TX 77010
Tel: (713) 651-5151
Email: ryan.manns@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

and

Jason I. Blanchard (SBT 24130197)
Michael Berthiaume (SBT 24066039)
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 855-8210
Email:jason.blanchard@nortonrosefulbright.com
Email: michael.berthiaume@nortonrosefulbright.com

***Counsel to the Debtors and Debtors in Possession***

**Certificate of Service**

I certify that on June 20, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. Additionally, the foregoing document will be served as set forth in a forthcoming affidavit filed by the Debtors' claims agent.

*/s/ Ryan Manns*
Ryan Manns
