**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ASCEND ELEMENTS, INC., *et al.*,[1] | ) | Case No. 26-90440 (CML) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF (A) ENTRY OF ORDER (I) GRANTING FINAL APPROVAL OF DISCLOSURE STATEMENT AND (II) CONFIRMING THE COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF ASCEND ELEMENTS, INC., ET AL., AND (B) OCCURRENCE OF EFFECTIVE DATE TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 17, 2026, the Court entered the *Order* [Docket No. 659] confirming the Combined Disclosure Statement and Plan of Liquidation of Ascend Elements, Inc., et al. [Docket No. 550] (as amended, with all supplements and exhibits thereto, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on September 8, 2026.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article X of the Plan, executory contracts and unexpired leases not previously rejected or assumed are deemed rejected as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that Claims arising from rejection of executory contracts or unexpired leases under the Plan must be filed with the Bankruptcy Court by the Rejection Damages Bar Date. Any such Claims not filed within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors, the GUC Trust, or property of the foregoing parties, without the need for any objection or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity.

**PLEASE TAKE FURTHER NOTICE** that, except with respect to Administrative Claims that are Professional Fee Claims or Section 503(b)(9) Claims, or as otherwise set forth in the Plan, requests for payment of Allowed Administrative Claims must be filed and served no later than thirty (30) days after the Effective Date (the "Administrative Claims Bar Date").

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ascend Elements, Inc. (2893) and Ascend Elements US, LLC (8309). The location of the Debtors' service address is: 133 Flanders Road, Westborough, MA 01581.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Fee Claims must be Filed with the Bankruptcy Court no later than thirty (30) days after the Effective Date (the "Professional Fee Claims Bar Date").

**PLEASE TAKE FURTHER NOTICE** that the terms of the Plan, the Plan Supplement, and the Confirmation Order shall be immediately effective and enforceable and deemed binding upon the Debtors or the GUC Trustee, as applicable, and any and all Holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, each Entity acquiring property under the Plan or the Confirmation Order, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Plan Supplement, the Confirmation Order, and copies of all documents Filed in these Chapter 11 Cases are available free of charge by visiting https://www.veritaglobal.net/ascend. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: https://ecf.txsb.uscourts.gov.

[*Reminder of Page Intentionally Left Blank*]

Houston, Texas
September 8, 2026

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan Manns*
Ryan Manns (SBT 24041391)
Maria Mokrzycka (SBT 24119994)
1550 Lamar, Suite 2000
Houston, TX 77010
Tel: (713) 651-5151
Email: ryann.manns@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

Jason I. Blanchard (SBT 24130197)
Michael Berthiaume (SBT 24066039)
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 855-8210
Email: jason.blanchard@nortonrosefulbright.com
Email: michael.berthiaume@nortonrosefulbright.com

***Counsel to the Debtors and Debtors in Possession***

## Certificate of Service

I certify that on September 8, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Ryan Manns*
Ryan Manns