**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASCEND ELEMENTS, INC., *et al.*,[1] | ) | Case No. 26-90440 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Re: Claim No. 21 |

**STIPULATION AND AGREED ORDER EXTENDING THE GUC TRUSTEE'S DEADLINE TO OBJECT TO CLAIM NO. 21 FILED BY ADG FLANDERS ROAD WESTBOROUGH LLC**

Olympus Guardians LLC, solely in its capacity as trustee of the Ascend Elements GUC Trust (the "GUC Trustee"), and ADG Flanders Road Westborough LLC (the "Landlord" and, together with the GUC Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**RECITALS**

A. On April 9, 2026, the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in this Court.

B. On August 17, 2026, the Court entered an order [Docket No. 659] confirming the *Combined Disclosure Statement and Plan of Liquidation of Ascend Elements, Inc., et al.* [Docket No. 550] (as amended, the "Plan").[2] The Plan became effective on September 8, 2026. *See* Docket No. 674. Since the Effective Date, the GUC Trustee has had the exclusive authority to object to Claims. Plan Art. VIII.B.2.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ascend Elements, Inc. (2893) and Ascend Elements US, LLC (8309). The location of the Debtors' service address is: 133 Flanders Road, Westborough, MA 01581.

[2] Capitalized terms used but not defined in this Stipulation and Agreed Order have the meanings given to them in the Plan.

C. On September 21, 2026, the Landlord filed and served its *Request for Allowance and Payment of Administrative Expense Claim* (Claim No. 21) (the "Request"). The Request seeks allowance and payment of an administrative expense claim of not less than $1,154,298.95.

D. Under Article IV.A of the Plan, an objection to a request for payment of an Administrative Claim must be filed and served no later than 21 days after service of the request. The twenty-first day after service of the Request, October 12, 2026, is a legal holiday, so the current deadline to object to the Request is October 13, 2026 (the "Objection Deadline"). *See* Plan Art. I.D; Fed. R. Bankr. P. 9006(a).

E. The Parties have agreed to extend the Objection Deadline to allow them to exchange information and discuss whether the Request can be resolved without litigation. The Parties agree that cause exists for the extension under Bankruptcy Rule 9006(b)(1).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, and upon approval by the Court, **IT IS HEREBY ORDERED**, that:

1. The Objection Deadline is extended through and including **November 12, 2026** (the "Extended Deadline"). The GUC Trustee may object to the Request, in whole or in part and on any ground, on or before the Extended Deadline.

2. An objection to the Request filed and served on or before the Extended Deadline is timely under Article IV.A of the Plan. The Request shall not be deemed Allowed by reason of the passage of the Objection Deadline.

3. The Extended Deadline may be further extended by written stipulation of the Parties filed with the Court, without further order, or by further order of the Court.

4. Except as expressly provided in this Stipulation and Agreed Order, all rights, claims, defenses and objections of each Party are reserved, including the GUC Trustee's right to contest

the amount, priority, classification and allowance of the Request and the Landlord's position that the Request is entitled to administrative priority. Nothing in this Stipulation and Agreed Order is an admission by either Party or affects any other deadline under the Plan.

5. This Stipulation and Agreed Order binds the Parties upon its execution by counsel for both Parties, pending its entry by the Court. If the Court has not entered this Stipulation and Agreed Order by the Objection Deadline, the Landlord will not contend that an objection filed on or before the Extended Deadline is untimely. Each undersigned counsel represents that he is authorized to execute this Stipulation and Agreed Order on behalf of the Party he represents. This Stipulation and Agreed Order may be executed in counterparts and by electronic signature.

6. The Court retains jurisdiction over all matters arising from or related to the interpretation, implementation and enforcement of this Stipulation and Agreed Order.

Dated: ____________________, 2026
Houston, Texas

______________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

Dated: October 12, 2026

**BRINKMAN LAW GROUP, PC**

By: *<u>/s/ Daren Brinkman</u>*
Daren R. Brinkman (TX 03004490)
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
Telephone: (818) 597-2992
Email: db@brinkmanlaw.com

Jory D. Cook (NY 5251269)
515 Madison Avenue, 9th Floor
New York, NY 10022
Telephone: (917) 671-8116
Email: jc@brinkmanlaw.com

*Counsel to Olympus Guardians LLC, solely in its capacity as GUC Trustee of the Ascend Elements GUC Trust*

**THOMAS H. CURRAN ASSOCIATES, LLC**

By: *<u>/s/ Thomas Curran</u>* (signed with permission)
Thomas H. Curran (BBO #550759)
7710 N. FM 620, Building 13-D
Austin, TX 78726
Telephone: (617) 207-8670
Email: tcurran@thcalaw.com

*Counsel to ADG Flanders Road Westborough LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive electronic notice in these chapter 11 cases, including counsel to the Landlord.

*/s/ Daren Brinkman*
Daren R. Brinkman